DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY PALMER,**
Appellant,

v.

**RICARDO REYES, TOBIN & REYES, P.A., JORGE MORRELL,
WOOLBRIGHT DEVELOPMENT, INC.,
PRINCIPAL ESTATE INVESTORS, LLC** a/k/a
**PRINCIPAL FINANCIAL GROUP** a/k/a
**PRINCIPAL SOUTHPORT RETAIL MEMBER, LLC** and
**SOUTHPORT LLC,**
Appellees.

No. 4D21-794

[February 24, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE19-25655.

Michael A. Rosenberg, Gregory Willis, Peter Weinstein and Adrianna de la Cruz-Muñoz of Cole, Scott & Kissane, P.A., Plantation, for appellant.

Ricardo Reyes and Sacha A. Boegem of Tobin & Reyes, Boca Raton, for appellees Ricardo Reyes, Tobin & Reyes, P.A., Jorge Morell, and Woolbright Development, Inc.

Nelson C. Bellido and Jeffrey R. Geldens of Roig Lawyers, Miami, for appellees Principal Real Estate Investors LLC, Southport Retail LLC, and Southport Retail Member LLC.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and FORST, JJ., concur.

\*      \*      \*

*Not final until disposition of timely filed motion for rehearing.*